| | |
|---|---|
| MARY HEATHER MCAFEE, ZAHER MURRAY and GEORGE WRIGHT, on behalf of themselves and all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> MERIDIANLINK, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      Civil Action No. 3:23-cv-439 <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT MERIDIANLINK, INC.'S MOTION TO SEAL

For the reasons explained in the accompanying Memorandum of Law, Defendant MeridianLink, Inc., by its undersigned counsel, under Rule 5(C) of the Local Rules of the United States District Court for the Eastern District of Virginia and pursuant to the Protective Order entered in this matter, moves to seal limited portions of its Response in Opposition to Plaintiff's Motion to Compel and limited portions of Exhibits A and B attached to its Response.

This 29th day of April 2024.

/s/ *Matthew O. Gatewood*
Matthew O. Gatewood
Virginia State Bar No. 89843
GATEWOOD PLLC
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC 20004
(202) 464-1441
mog@gatewood-law.com

*and*

Eileen Hintz Rumfelt*
Jason McCarter*
MILLER & MARTIN PLLC
1180 West Peachtree Street NW, Suite 2100

Atlanta, Georgia 30309
(404) 962-6100
eileen.rumfelt@millermartin.com
jason.mccarter@millermartin.com

*Admitted Pro Hac Vice*

*Counsel for Defendant MeridianLink, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing to the following:

Kristi C. Kelly
Andrew J. Guzzo
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030

Dale W. Pittman
LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W Tabb Street
Petersburg, VA 23803-3212

Joseph C. Hashmall
Eleanor M. Drake
Zachary M. Vaughan
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413

By: *Matthew O. Gatewood*
Matthew O. Gatewood